# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Jessica G. Tyler

Jermaine Tyler

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Judge Bibi M. Berry

Montgomery County Circuit Court

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. DKC 22CV2637

*(to be filled in by the Clerk's Office)*

Jury Trial:  ■ Yes   ☐ No
*(check one)*

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jessica G. Tyler |
| Street Address | P.O. Box 2995 ACP 20027B |
| City and County | Annapolis, Anne Arundel |
| State and Zip Code | Maryland 21404 |
| Telephone Number | (443) 584-3510 |
| E-mail Address | |

   **B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Judge Bibi M. Berry |
| Job or Title (if known) | Circuit Court Judge |
| Street Address | 50 Maryland Avenue |
| City and County | Rockville, Montgomery |
| State and Zip Code | Maryland 20850 |
| Telephone Number | (240) 777-9247 |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name: Montgomery County Circuit Court
    Job or Title (if known):
    Street Address: 50 Maryland Avenue
    City and County: Rockville, Montgomery
    State and Zip Code: Maryland 20850
    Telephone Number: (240) 777-9100
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 42 U.S. Code § 1983,

Title II of the Americans with Disabilities Act of 1990 ("ADA"), and § 504 of the Rehabilitation Act

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff's are person(s) with a qualified disability. Plaintiff Jermaine Tyler is a Defendant in a civil case 151449-FL at the Montgomery County Maryland Circuit Court. Judge Bibi M. Berry is the appointed 1F1J (one family, one judge) for civil case 151449-FL. Plaintiff(s) has repeatedly submitted multiple reasonable accommodations request(s) (Form CC-DC-049) for Reasonable Accommodation - Video/Remote participation "instead of In-Person hearings" of civil case 151449-FL various hearings held on November 09, 2021; December 02, 2021; March 07, 08 and 31 of 2022; May 03, 2022; June 21 and 22 of 2022; and October 07th 2022 to the Montgomery County Maryland Circuit Court Clerks Office for the appropriate need for public accommodations. The Montgomery County Maryland Circuit Court Clerk's office directed the multiple reasonable accommodations requests (form CC-DC-049) for Video/Remote participation to Judge Bibi M. Berry for Approval/Denial. Plaintiff(s) public accommodations request(s) were Intentionally and Maliciously denied by Judge Bibi M. Berry due to a personal conflict of interest (Undisclosed- Recusal Motion) regarding Plaintiff pending EEOC matter, that gravely impact civil case 151449-FL. Plaintiff(s) has been deliberately excluded by the Defendants from participating and providing critical testimony for civil been deliberately excluded by the Defendants from participating and providing critical testimony for case 151449-FL. That Judge Bibi M. Berry is an Associate Circuit Court; Judge for Montgomery County, and at the times of the denials and failure to provide public accommodations which gives rise to this action, was responsible for the day to day operations of the Montgomery County Circuit Court and is being sued in her individual capacity At all times relevant herein, this Defandant was acting within the course and scope of her employment of the Montgomery County Circuit Court. Montgomery County Circuit Court is a state or local governmental body located Maryland. Defendant Montgomery County Circuit Court is required to comply with the American with Disabilities Act and Rehabilitation Act. As a resultof the Defendants willful and malicious acts, Plaintiff(s) has experienced shame, anxiety fear, public humiliation, physical and emotional pain and suffering and other damages. Claim1. Defendants actions, were in violation of Plaintiff(s) rights under the ADA Act because of their disability, denying and failing to provide alternative participation method. Claim 2. Defendants actions, were in violation of Plaintiff rights under the Rehabilitation Act, causing Plaintiff significant damages.

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Award Plaintiff(s) compensatory and damages for the financial, physical and emotional pain and suffering and other harm caused by the Defendants wrongful intentionally, malicious, willful, deliberate actions in the amount of Two Hundred Thousand Dollars ($200,000.00); Award Plaintiff such other relief as the Courts deems just, reasonable appropriate to correct the illegality of wrongdoings.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 13, 2022

Signature of Plaintiff  _Jessica Tyler_

Printed Name of Plaintiff  Jessica R.G. Tyler     Jermaine Tyler

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
Email Address  _____